FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG - 5 2020

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 1:20-CR-44 |
| v. | § | Hon. Judge Heartfield |
| | § | |
| BRUCE EUGENE KENNEY | § | |

## SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

Case: 1:23-cr-263
Assigned To: Chief Judge James E. Boasberg
Assign. Date: 8/4/2024
Description: PROBATION TRANSFER IN

11(a)(1)
fficer —

On or about May 17, 2019, in the Eastern District of Texas, **Bruce Eugene Kenney**, defendant, did intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, that is, S.P., an officer and employee with the Federal Bureau of Prisons, by hitting S.P. in the face with a closed fist, and that such act involved physical contact with the officer, while S.P. was engaged in or on account of the performance of his official duties.

In violation of 18 U.S.C § 111(a)(1).

### Count Two

Violation: 18 U.S.C. § 111(a)(1)
(Assaulting a Federal Officer —
Physical Contact)

On or about May 17, 2019, in the Eastern District of Texas, **Bruce Eugene Kenney**, defendant, did intentionally forcibly assault, resist, oppose, impede, intimidate,

and interfere with an officer and employee of the United States, that is, D.F., an officer and employee with the Federal Bureau of Prisons, by biting D.F. on the hand, and that such act involved physical contact with the officer, while D.F. was engaged in or on account of the performance of his official duties.

In violation of 18 U.S.C § 111(a)(l).

A TRUE BILL

_____
GRAND JURY FOREPERSON

STEPHEN J. COX
United States Attorney

_____        8/5/2020
NICOLE F. DEMPSEY                     Date
Special Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 1:20-CR-44 |
| v. | § | Hon. Judge Heartfield |
| | § | |
| BRUCE EUGENE KENNEY | § | |

## NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C. §§111(a)(1)

Penalty:   Imprisonment of not more than eight years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; a term of supervised release of not more than three years.

Special Assessment:   $100.00

### Count Two

Violation:   18 U.S.C. §§111(a)(1)

Penalty:   Imprisonment of not more than eight years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; a term of supervised release of not more than three years.

Special Assessment:   $100.00